IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IRIE MITCHELL,<br>a/k/a Irie Harris | : | |
| | : | |
| v. | : | CIVIL NO. CCB-02-2732 |
| | : | |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA | : | |

...oOo...

### ORDER

Having considered Prudential's Motion to Dismiss, and there being no opposition, it is hereby **ORDERED** that:

1. the Motion is **Granted**;

2. Count II is **Dismissed in its entirety**;

3. the claim for attorneys' fees in Count I is **Dismissed**; and

4. the Clerk shall mail copies of this Order to counsel of record.

_9/17/02_
Date

_[signature]_
Catherine C. Blake
United States District Judge