UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IRIE MITCHELL, a/k/a Irie Harris**   : | |
| : | |
| **Plaintiff,**   : | |
| : | |
| v.   : | Civil Action No. CCB-02-2732 |
| : | |
| **THE PRUDENTIAL INSURANCE**   : | |
| **COMPANY OF AMERICA**   : | |
| : | |
| **Defendant.**   : | |

## MOTION TO DISMISS

Comes now the plaintiff, by and through counsel, and hereby moves this Court for an order of dismissal with prejudice. Prior to filing this motion, counsel for the plaintiff contacted counsel for the defendant who has declined to provide consent. Nonetheless, the plaintiff seeks a dismissal of the instant lawsuit with prejudice in the interest of justice.

Respectfully submitted,

Gregory L. Lattimer, [15462]
1200 G Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 434-8940
Counsel for the Plaintiff